**Order entered January 31, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00528-CV

### IN RE AMY HAGEN, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54042-2016**

### ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     KEN MOLBERG
JUSTICE